# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DIAZ,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY,<br><br>　　　　　　　Defendant. | Case No. 2:25-cv-00551-AH-KSx<br><br>(Honorable Anne Hwang)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE  [24]  [JS-6]**<br><br>Bench Trial Date:  December 2, 2025<br><br>Complaint Filed:    January 22, 2025 |

## **ORDER**

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties. Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: OCTOBER 24, 2025

_____
HONORABLE ANNE HWANG
UNITED STATES DISTRICT JUDGE

- 1 -